UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-81139-CIV-HURLEY/HOPKINS

LINDA LEWIS,

    Plaintiff,

vs.

CITY OF WEST PALM BEACH, et al.,

    Defendants.
_____/

## FINAL JUDGMENT

**THIS CAUSE** is before the court following the court's order granting defendants' motions for summary judgment. This court hereby enters judgment pursuant to Fed. R. Civ. P. 58 as follows:

**FINAL JUDGMENT** is entered against the plaintiff, Linda Lewis, who shall take nothing by this action, and in favor of the defendants, City of West Palm Beach, Florida, Raymond Shaw, Robert Leroy Root, III, Randall Maale, Thelton Luke, and Audrey Dunn, who shall go hence without day. This court reserves jurisdiction to award costs and attorneys' fees if appropriate.

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this _18_ day of March, 2008.

                                              Daniel T. K. Hurley
                                           United States District Judge

*Copies provided to counsel of record*